# Miami University Regionals Policy for Campus Exhibits

**A. What is a campus exhibit?** A campus exhibit is a temporary, physical display of objects in a public space on campus designed to promote discussion. All campus exhibits must be approved through the Office of Student Activities on Miami's Regional Campuses. Event flyers are not considered campus exhibits.

The opportunity to display and exhibit is a privilege, and is not a right.

**B. Who must follow this policy?** All students, alumni, faculty, and staff who wish to display an exhibit on the Hamilton or Middletown campus must abide by this policy. It should be noted that this policy does not include space in the libraries. If you are looking for the opportunity to display an exhibit in the library, please contact the Director of the Rentschler Library on the Hamilton campus or the Director of the Gardner-Harvey Library on the Middletown campus.

**C. Campus exhibits must follow the guidelines below:**

- ❏ Complete the Miami University Regionals Campus Exhibit Approval Form and submit to the Office of Student Activities at least ten (10) business days prior to the first day of the exhibit display.
- ❏ Be non-discriminatory in nature and follow Miami University's statement of non-discrimination.
- ❏ Include information about who is sponsoring the exhibit and how to contact the exhibit sponsor.
- ❏ Include a plan for prompt removal of the exhibit.
- ❏ Ensure that the exhibit and its installation meet safety standards as determined by Physical Facilities Department (PFD).
- ❏ Conform to all college policies (e.g., Nondiscrimination Policy, Sexual Misconduct Policy, Copyright Policy), and federal, state, and local laws.
- ❏ The exhibit must honor the privacy of individuals.
- ❏ The exhibit must be appropriate in size for the chosen space and not obstruct day to day activity on campus.
- ❏ Exhibits, and persons submitting exhibits for approval, are subject to all policies within the Miami University Policy Library, including but not limited to:

  - ❏ **Use of Public Areas of Buildings and Grounds** (MUPIM 16.4.C) The buildings, grounds, and other property of Miami University campuses are dedicated to the educational mission of the University. Use of the buildings, grounds, and other property of the University is reserved for the direct and indirect support of the teaching, research, and service missions; of the University's administrative functions; and of students' campus-life activities. The University may prohibit or otherwise restrict access to or use of its buildings, grounds, and other property as may be necessary to provide for the orderly conduct of the University's teaching, research, and service missions; of the University's administrative functions; and of students' campus-life activities. Visitors are free to walk through our campuses; however, authorization is required from the University or from a recognized student organization to make speeches or presentations, to erect displays, to engage in any commercial activity, or to conduct similar activities on University-owned or University-controlled property.
  - ❏ Every faculty or staff group and every officially recognized student organization has the right to request the use of University facilities on a space available basis for the purpose of holding meetings or conducting activities consistent with the objectives of that group or organization. The University cannot permit the use of state owned equipment or facilities for any kind of non-

sanctioned private instruction or other type of non-sanctioned private enterprise. This regulation does not cover activities that are an integral part of the regular teaching load or other official assignment of members of the staff. The use of any facility is determined by the President or designated University official. The use of any facility for purposes other than those specified will not be permitted to usurp a facility that has been duly assigned except by permission of the President or designated University official. Policies concerning the use of University buildings and facilities by students are presented in the *Student Handbook.*

❏ **Public Speaking, Leaflet Distribution, and Demonstration** (MUPIM 16.4.G) Miami University embraces the rights of expression, affiliation, and peaceful assembly. Miami University faculty, staff, and students may express their views by demonstrating peacefully for ideas they wish to make known, and the University will protect these rights. The University has an equal and co-extensive obligation to protect the rights and freedoms of those who choose not to participate in a demonstration. Additionally, the University has a duty to protect its property and to assure the continuation of the University's teaching, research, administrative, and service functions. The term "Demonstrations" as used in this policy includes, but is not limited to, picketing, petition circulation, public speech making, rallies, the appearance of public speakers in outdoor areas, mass protest meetings to display group feelings or sentiments.

❏ *Faculty, Staff, and Students(MUPIM 16.4.G.1)* Therefore, in conformity with University policy and practice, the following standards must be followed by those faculty, staff, and students who wish to demonstrate:

  ❏ Demonstrations may not occur inside University buildings, on porches or porticos of University buildings, or on lawns of University-owned residential facilities.

  ❏ Demonstrations may not impede ingress or egress to the University, any University property, parking lot, building, facility, or event. Thus, demonstrators must stay at least twenty-five (25) feet from the entrance to any University building, property, parking lot, facility or event, including entrances to construction sites.

  ❏ Demonstrations may not obstruct or disrupt, by auditory or other means, any University activities. Sound amplification devices may only be used at a volume which does not disrupt or distract from the normal use of classrooms, offices, or laboratories or any scheduled University event. Thus, use of amplification device(s) between 8:00 a.m. and 9:00 p.m. within 250 feet of an academic building is prohibited. The use of amplification device(s) between 11:00 p.m. and 8:00 a.m. is prohibited.

  ❏ Sleeping outdoors between 11:00 p.m. and 8:00 a.m. and camping outdoors at any time are prohibited except:

    ❏ as part of a registered student organization activity in designated areas adjacent to the campus quads.

❏ Information that is obscene or libelous or that advocates unlawful conduct may not be disseminated.

❏ All fire, safety, and sanitary laws and regulations must be obeyed.

❏ Demonstrations may not obstruct vehicular, bicycle, pedestrian, or other traffic.

❏ Demonstrators may not engage in any activity which constitutes a clear and present danger to persons, property, or the University's operations.

❏ Demonstrations must comply with all applicable laws and University policies including those regarding scheduling of space.

❏ The University may elect to establish reserved gates/entrances for vendors. Demonstrations at gates or entrances reserved for vendors will not be permitted.

**V. Compl. Ex. 03 at 002**

❏ Distribution of materials (including but not limited to distribution of flyers, leaflets or pamphlets, or the circulation of petitions) by faculty, staff, or students, other than as part of the University's teaching, research, administrative, and service functions, may occur only on perimeter sidewalks, on other areas, if any, designated by the University, or on exterior areas of campus buildings. Employees may not distribute materials unrelated to their work duties in work areas during work time.

❏ *Visitors (MUPIM 16.4.G.2)* Visitors are welcome to walk through the University's campuses, but they may not make formal speeches and presentations, erect displays or conduct similar activities unless invited to do so by the University or by a recognized student organization. Persons not employed or enrolled as students who wish to demonstrate or to distribute materials on University property may do so only on the perimeter sidewalks designated by the University.

**D. Below is the process by which exhibits will be reviewed for approval:**

1. Organization/office submits "Miami University Regionals Campus Exhibit Approval Form", signed by the organization advisor, to OSA for review at least 7 business days prior to displaying the exhibit.
2. OSA reviews initial form for contact information, appropriateness, safety concerns, maintenance and removal plan, and scheduling.
3. OSA submits form to the Physical Facilities Department (PFD) for review.
4. When PFD approves, OSA submits form to the Campus Dean for review.
5. Other critical campus partners may be involved in the approval of the exhibit. This could include, but is not limited to, Student Affairs, academic departments, Enrollment Management, and Security.
6. Upon approval from the Campus Dean, OSA contacts student organization with signed approval form for exhibit.

Miami University is not responsible for lost, stolen, or damaged exhibits.

**The process above has been adapted from the Goucher College Campus Display Policy.

# Miami University Regionals Campus Exhibit Approval Form

This form must be approved and on file prior to the first day of a campus exhibit.

## Contact Information

**Name:** _____    **Unique ID:**

_____

**Phone Number:** _____          **Campus (Circle):**  Hamilton

          Middletown

**Organization:**

_____

**Advisor Name:** _____          **Advisor Unique ID:**

_____

## Exhibit Information

**Using the space below or by attaching a separate page, please summarize what your exhibit will look like, what message it will send, and what is the purpose behind the exhibit:**

_____

_____

_____

_____

_____

_____

_____

_____

**As specifically as possible, please explain where the exhibit be placed on campus:**

_____

_____

____

**When are you proposing your exhibit be displayed?** _____ through

_____

**How, when, and by whom will your exhibit be maintained and removed?** *It is NOT the responsibility of the Office of Student Activities or Physical Facilities to remove the campus display at the end of the display period.*

_____

_____

_____

_____

_____

## Acknowledgment of Policy

By signing the form below, I agree to abide by the Miami University Regionals Policy for Campus Exhibits. I agree that my organization and the proposed exhibit will comply with the University non-discrimination policy, will not impede on the daily operations of campus activity, and will be removed in a timely manner. I acknowledge that the Office of Student Activities has the right to edit, reject, or remove my exhibit from display. I agree that contact information will be displayed next to the exhibit for patrons who have questions or concerns. I understand that Miami University is not responsible for lost or damaged exhibits.

**Student Signature:** _____  **Date:**
_____

**Advisor Signature:** _____  **Date:**
_____

## Office Use Only

| Department: | OSA  |  Date: | PFD  |  Date: | Campus Dean | Date: |
|---|---|---|---|

**V. Compl. Ex. 03 at 004**

| Approved: | ☐ YES   ☐ NO | ☐ YES   ☐ NO | ☐ YES   ☐ NO |
|---|---|---|---|
| Staff Initials: | | | |